1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2
    THOMAS A. COLTHURST (CABN 99493)
3   Chief, Criminal Division

4   HILLARY T. IRVIN (MDBN 1712130257)
    SOPHIA COOPER (CABN 320373)
5   Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7181
        Fax: (415) 436-7027
8       Hillary.Irvin@usdoj.gov

9   Attorneys for United States of America

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,            ) **CASE NO. 3:23-CR-00030-SI**
14                                       )
            Plaintiff,                   ) **GOVERNMENT'S TRIAL MEMORANDUM**
15                                       )
        v.                               )
16                                       )
    OLVIN ISAAC GUTIERREZ-NUNEZ, et al,  )
17                                       )
            Defendants.                  )
18  _____)

19
         In accordance with the Court's Standing Order on Criminal Trials, the government hereby
20
    submits its Trial Memorandum.
21

## I. BACKGROUND AND LEGAL BASIS FOR THE CHARGES

This case involves an investigation into drug trafficking activity committed by Carlos Cruz Medina (also known as Marvin Alexander Rodriguez Flores), and Olvin Isaac Gutierrez Nunez. The investigation began with Nunez's repeated sale of fentanyl to an undercover officer in early 2022. This investigation resulted in a search warrant executed on October 13, 2022, at a residence occupied by both defendants. During execution of the search warrant, officers recovered narcotics, a firearm, and paraphernalia used to create fentanyl.

On February 1, 2023, a federal grand jury in the Northern District of California returned an indictment charging Nunez with possession with intent to distribute 40 grams and more of fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) (Count 1), and Cruz Medina with possession with intent to distribute 40 grams and more of fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) (Count 2), and with intent to distribute 50 grams and more of a mixture and substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) (Count 3). Cruz Medina was arraigned on February 2, 2023. *See* Dkt. 31. Nunez was arraigned on February 16, 2023. *See* Dkt. 37. Both defendants pleaded not guilty the charges. *See* Dkt. Nos. 31, 37. This Court later set the matter for trial to begin August 14, 2023, when the Defendants exercised their right to a speedy trial under 18 U.S.C. § 3161(c)(1). *See* Dkt. Nos. 85, 86.

## II. ANTICIPATED EVIDENCE

The government will rely primarily on documentary evidence and testimony, including the testimony of officers who conducted the arrest and search of the Defendants' residence. The government intends to show portions of the officers' body-worn camera footage. The government also intends to introduce physical evidence recovered from the search of the Defendants' residence, including the narcotics and a firearm recovered at the scene.

The government also plans to introduce expert testimony regarding DNA, drug trafficking, and cell site data.

## III. EVIDENTIARY BASIS, PROCEDURAL, AND ANTICIPATED LEGAL ISSUES

*Evidentiary Basis*

The government has filed a series of motions in *limine* seeking the admissibility of the drugs

| | |
|---|---|
| 1 | found at the scene of the defendants' arrest, the firearm found at the residence, as well as evidence of the |
| 2 | defendants' drug trafficking activities in the time leading up to their arrest.  The government has also |
| 3 | filed a motion in *limine* to limit the cross-examination of San Francisco Police Officer Christina Hayes. |
| 4 | The government expects the motions in *limine* to be contested. |
| 5 | Counsel for both defendants filed a motion on July 20, 2023, to exclude evidence and expert |
| 6 | testimony not disclosed in a timely manner pursuant to Federal Rule of Evidence 404(b) and Federal |
| 7 | Rule of Criminal Procedure 16(a)(1)(G). While there is no ordered deadline for disclosure of this |
| 8 | evidence, the government has disclosed the name and anticipated testimony of its expert witnesses in its |
| 9 | witness list.  The government will provide additional disclosures under rule 404(b) and 16(a)(1)(G) as |
| 10 | soon as possible. |
| 11 | The deadline requested by Cruz Medina's counsel for any evidence under *Brady*, *Giglio*, and its |
| 12 | progeny is Monday, July 24, 2023, which the Court adopted. *See* Dkt. 85. The government intends to |
| 13 | provide evidence subject to its disclosure obligations as ordered by the Court. |

### *Legal Issues*

The government is currently not aware of any additional disputed legal issues not outlined in its motions in *limine*.  Should any issues arise, the government will work to resolve and narrow any legal issues.

DATED:  July 20, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/_____
HILLARY T. IRVIN
SOPHIA COOPER
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above motion was served on July 20, 2023, on all parties of record using CM/ECF.

Sincerely,

/s/
HILLARY T. IRVIN
Assistant United States Attorney