# Exhibit K


# U.S. Department of Justice

*United States Attorney*
*Northern District of California*
| | |
|---|---|
| *11th Floor, Federal Building* | *(415)436-7200* |
| *450 Golden Gate Ave., Box 36055* | |
| *San Francisco, CA 94102-3495* | *FAX: (415)436-7234* |

July 12, 2023

**BY EMAIL**

Elizabeth Falk
elizabeth_falk@fd.org

      Re:    **United States v. Olvin Isaac Gutierrez Nunez et al -3:23-CR-00030-SI**

**Letter Regarding SFPD Officer Hayes #449**

Dear Mr. Vaughn:

The government is aware of a newspaper article published in the San Francisco Chronicle on June 27, 2023 regarding San Francisco Police Department Officer Christina Hayes #449. The article can be accessed here: https://www.sfchronicle.com/sf/article/sfpd-drug-cases-dismissed-18173155.php.

We have formally requested information regarding these allegations and their pending investigation from the San Francisco Police Department and the Department of Police Accountability. We received a response from the San Francisco Police Department on June 28, 2023 disclosing that Officer Hayes is the subject of a pending investigation for "Conduct Unbecoming an Officer," described as follows:

- It is alleged that Officer Christina Hayes #449 had an inappropriate relationship with a Confidential Informant, in violation of DGO 2.01, Rule 9 (Misconduct).
- It is alleged that Officer Christina Hayes #449 divulged confidential information and impeded an active criminal investigation involving a Confidential Informant, in violation of DGO 2.01, Rule 48(Compromising Investigations) and Rule 49 (Divulging Confidential Information).

We are in the process of requesting additional information and will update you when we learn more.

                                         Very truly yours,

                                         ISMAIL J. RAMSEY
                                         United States Attorney

/s/
HILLARY IRVIN
Assistant United States Attorney