1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2
THOMAS A. COLTHURST (CABN 99493)
3 Chief, Criminal Division

4 HILLARY T. IRVIN (MDBN 1712130257)
SOPHIA COOPER (CABN 320373)
5 Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
7     Telephone: (415) 436-7181
    Fax: (415) 436-7027
8     Hillary.Irvin@usdoj.gov

9 Attorneys for United States of America

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN FRANCISCO DIVISION

13
| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:23-CR-00030-SI |
| Plaintiff, | ) **GOVERNMENT'S RESPONSE TO** |
| v. | ) **DEFENDANTS' MOTIONS IN LIMINE** |
| OLVIN ISAAC GUTIERREZ-NUNEZ, et al, | ) |
| Defendants. | ) |

## GOVERNMENT'S RESPONSE

On July 20, 2023, Defendants filed their motions to exclude any unnoticed evidence and testimony pursuant to FRCP 16(a)(1)(G) and FRE 404(b). The motion is without merit. The government has disclosed and noticed all evidence in its witness list and exhibit list filed on July 20, 2023, and through multiple discovery productions beginning on February 3, 2023. Separately, the deadline for disclosure of *Brady* material is July 24, 2023, as ordered by this Court. *See* D.E. 85. In addition, the government will provide any additional notices pursuant to FRCP 16(a)(1)(G) and FRE 404(b) prior to tomorrow's pre-trial conference.

| | | |
|---|---|---|
| DATED: July 24, 2023 | | Respectfully submitted, |
| | | ISMAIL J. RAMSEY<br>United States Attorney |
| | | /s/_____<br>HILLARY T. IRVIN<br>SOPHIA COOPER<br>Assistant United States Attorneys |