```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

HILLARY T. IRVIN (MDBN 1712130257)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    Fax: (415) 436-7027
    Hillary.Irvin@usdoj.gov
    Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OLVIN ISAAC GUTIERREZ NUNEZ, *et. al*, <br><br> Defendants. | CASE NO. 23-CR-30-SI <br><br> **NOTICE OF DISMISSAL** |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Olvin Isaac Gutierrez Nunez and Marvin Alexander Rodriguez Flores (aka Carlos Cruz Medina).

DATED: August 4, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　ISMAIL J. RAMSEY
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　*Thomas A. Colthurst*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. COLHURST
　　　　　　　　　　　　　　　　　　　　　　　Chief, Criminal Division

1  Leave is granted to the government to dismiss the indictment against Olvin Isaac Gutierrez
2  Nunez and Marvin Alexander Rodriguez Flores (aka Carlos Cruz Medina).

4  Date: _____

6  _____
   HON. SUSAN ILLSTON
   United States District Judge